IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

ALLA PASTERNACK, Executrix of the
Estate of Leon Frenkel,

    Plaintiff,

v.

                                          CASE NO.: 8:16-cv-00482-VMC-TBM

BRUCE K. KLEIN,
individually, and in all other employee, owner, member, corporate and agent capacities as regards his various business entities,
and

OZEAN PARTNERS, LLC,

    Defendants.
_____/

**DECLARATION OF MICHAEL J. DUFFY, IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND STATEMENT OF MATERIAL FACTS AND MEMORANDUM OF LAW**

    My name is Michael J. Duffy, and I declare:

1. I am over 21 years of age and am competent to testify as to the facts stated herein based on my personal knowledge. I would testify as to the facts in this declaration under oath if called upon to do so.

2. I am an attorney with the law firm of Mitts Law, LLC, and attorney for Plaintiff Alla Pasternack, Executrix of the Estate of Leon Frenkel in the above captioned case. I write this declaration in support of Plaintiff's Motion for Summary Judgment, Statement of Material Facts, and Memorandum of Law.

3. Attached as **Exhibit A** to this declaration is a true and correct copy of the April 18, 2014 Complaint filed against Defendant Klein and his company, Victory Partners, LLC for

breach of contract and to pierce the corporate veil, in the United States District Court for the Eastern District of Pennsylvania, no. 2:14-cv-02275-BMS.

4. Attached as **Exhibit B** to this declaration is a true and correct of the default judgment entered against Defendant Klein and VPLLC on August 11, 2014 in the EDPA action.

5. Attached as **Exhibit C** to this declaration is a true and correct copy of the Matrimonial Settlement Agreement (redacted) entered into by Defendant Klein on March 9, 2015.

6. Attached as **Exhibit D** to this declaration is a true and correct copy of Ozean Partners, LLC's Florida Department of State Division of Corporations detailed entity page and Articles of Organization dated August 10, 2015.

7. Attached as **Exhibit E** to this declaration is a true and correct copy of the September 19, 2015 Quitclaim Deed from Elise K. Geiger to Ozean Partners, LLC.

8. Attached as **Exhibit F** to this declaration is a true and correct copy of a Memorandum dated March 21, 2016 signed by Judge Berle M. Schiller on Defendant Klein's motion to set aside default judgment entered against him in the EDPA action.

9. Attached as **Exhibit G** to this declaration is a true and correct copy of the Second Amended Complaint filed in this action on May 10, 2016.

10. Attached as **Exhibit H** to this declaration is a true and correct copy of the United States District Court for the Eastern District of New York ("EDNY") Amended Complaint filed against Defendant Bruce K. Klein on July 1, 2016.

11. Attached as **Exhibit I** to this declaration is a true and correct copy of Judge Berle M. Schiller's December 22, 2016 Order that granted summary judgment in favor of Mr. Frenkel and against Bruce K. Klein and Defendant Victory Partners, LLC as to Count I of the Eastern District of Pennsylvania Complaint.

12. Attached as **Exhibit J** to this declaration is a true and correct copy of the transcript from the April 27, 2017 contempt hearing.

13. Attached as **Exhibit K** to this declaration is a true and correct copy of the April 27, 2017 Order finding Defendant Klein in contempt of court and imposing sanctions against Klein in the EDPA action.

14. Attached as **Exhibit L** to this declaration is a true and correct copy of a July 15, 2017 mortgage recorded on July 20, 2017, and re-recorded again on September 14, 2017, from Ozean Partners for $150,000.00 on the Property, in favor of Samuel Mesrie (the "Mortgage").

15. Attached as **Exhibit M** to this declaration is a true and correct copy of the July 27, 2017 Judgment & Order entered against Defendant Klein and Victory Partners, LLC in the EDPA action.

16. Attached as **Exhibit N** to this declaration is a true and correct copy of the August 1, 2017 Quitclaim Deed from Ozean Partners, LLC to Bruce K. Klein.

17. Attached as **Exhibit O** to this declaration is a true and correct copy of the Sarasota County Clerk of Court file of a probable cause affidavit filed on October 2, 2017 in case number 2017-CF 013756  NC against Bruce Kevin Klein with an address of 100 Sands Point Rd., #303 in Longboat Key, Florida, 34228 for insurance fraud for an alleged crime that occurred on October 31, 2016.

I declare under penalty of perjury under the laws of the United States of America and the laws of the Commonwealth of Pennsylvania that the foregoing is true and correct to the best of my knowledge.

Signed December 27, 2017, in Philadelphia, Pennsylvania.

Michael J. Duffy